UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>IIG GLOBAL TRADE FINANCE FUND LTD., ET AL,<br><br>　　　　　　　　　　Debtors.<br><br>SAN AGUSTIN ENERGY CORP.,<br><br>　　　　　　　　　　Appellant,<br><br>　　　v.<br><br>IIG GLOBAL TRADE FINANCE FUND LTD. *and* IIG STRUCTURED TRADE FINANCE FUND LTD.,<br><br>　　　　　　　　　　Appellees. | **Bankruptcy Appeal Scheduling Order**<br><br>23-cv-4350 (ER) |

　　　The above entitled Bankruptcy Appeal has been assigned to Judge Ramos.  Notice of Record of Appeal was docketed in the District Court on **May 24, 2023**.  The attention of all parties is directed to Rule 8018 of the Federal Bankruptcy Rules, which provides for the dates within which briefs are to be served and filed.  That rule will be adhered to.

　　　The Court will advise the parties of the date and time of any oral argument to be scheduled.

　　　It is SO ORDERED.

Dated:　March 25, 2023
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Edgardo Ramos, U.S.D.J.