**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

In re:

IIG GLOBAL TRADE FINANCE FUND, LTD. et al.,,

                Debtors.

------------------------------------------------------------------X

SAN AGUSTIN ENERGY CORP.,,

                                   23 **CIVIL** 4350 (ER)
            Appellant,          23 **CIVIL** 6611 (ER)

   -against-                            **JUDGMENT**

IIG GLOBAL TRADE FINANCE FUND LTD. and IIG STRUCTURED TRADE FINANCE FUND LTD.,

                Appellees.

------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated March 15, 2024, the Order of the Bankruptcy Court is AFFIRMED. The appeal is terminated in each case and both cases are closed.

**Dated:** New York, New York

     March 18, 2024

                                                   **RUBY J. KRAJICK**
                                                   **Clerk of Court**

                          **BY:**

                                                 **Deputy Clerk**